**AMO ENTERPRISES, INC. d/b/a Vista Central Market, Appellant,**

v.

**Julian Garcia MONTANEZ, Appellee.**

No. 08–12–00092–CV.

Court of Appeals of Texas, El Paso.

Dec. 5, 2013.

Steven J. Blanco, Blanco Ordonez Mata & Wallace, P.C., El Paso, Lawrence Matthew Doss, Mullin Hoard & Brown, LLP, Lubbock, for Appellant.

Joseph Isaac, Scherr & Legate, PLLC, El Paso, for Appellee.

Before McCLURE, C.J., RIVERA, and RODRIGUEZ, JJ.

*OPINION*

ANN CRAWFORD McCLURE, Chief Justice.

AMO Enterprises, Inc. d/b/a Vista Central Market, Appellant, has filed a motion to dismiss the appeal because the parties have resolved their dispute by compromise and settlement. *See* TEX.R.APP.P. 42.1(a)(1). The motion does not reflect that the parties have made an agreement regarding costs. We grant the motion and dismiss the appeal. Costs are taxed against Appellant A MO Enterprises. *See* TEX.R.APP.P. 42.1(D) ("Absent agreement of the parties, the court will tax costs against the appellant.").